## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF WISCONSIN

DARLYN BRENSON,

                              Plaintiff,                              ORDER

        v.
                                                                13-cv-752-jdp

CAROLYN W. COLVIN,
Commissioner of the Social
Security Administration,

                              Defendant.

Plaintiff Darlyn Brenson seeks judicial review of a final decision of the Commissioner of Social Security finding her not disabled within the meaning of the Social Security Act. Plaintiff's motion for summary judgment is fully briefed.

The court will hear argument on plaintiff's motion at 11:00 a.m., Thursday, March 19, 2015, in Room 360. The court will devote approximately an hour to argument. Then, following a short recess, the court expects to issue its decision from the bench.

Entered February 11, 2015.

                              BY THE COURT:

                              /s/

                              _____
                              JAMES D. PETERSON
                              District Judge