IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

DARLYN BRENSON,

    Plaintiff,

v.

CAROLYN W. COLVIN,
Commissioner of Social Security

    Defendant.

JUDGMENT IN A CIVIL CASE

Case No. 13-cv-752-jdp

    This action came for consideration before the court with District Judge James D. Peterson presiding.  The issues have been considered and a decision has been rendered.

## IT IS ORDERED AND ADJUDGED

that judgment is entered in favor of plaintiff Darlyn Brenson reversing and remanding the decision of defendant Carolyn Colvin, Acting Commissioner of Social Security, for further proceedings.

| | |
|---|---|
| s/V. Olmo, Deputy Clerk | 3/23/2015 |
| Peter Oppeneer, Clerk of Court | Date |