IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

DARLYN BRENSON,

    Plaintiff,   JUDGMENT IN A CIVIL CASE

v.   Case No. 13-cv-752-jdp

CAROLYN W. COLVIN,
Commissioner of Social Security

    Defendant.

This action came for consideration before the court with District Judge James D. Peterson presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

that judgment is entered awarding attorney fees under the Equal Access to Justice Act to Dana Duncan in the amount of $5,465.42.

s/V. Olmo, Deputy Clerk      7/16/2015

Peter Oppeneer, Clerk of Court      Date